AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  MEANS, TERRY R | 2. Court or Organization  UNITED STATES DISTRICT COURT | 3. Date of Report  05/15/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  201 U.S. COURTHOUSE  501 WEST 10TH STREET  FORT WORTH, TEXAS 76102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Substitute Trustee | Testamentary trust of filer's ████████████ |
| 2. | Trustee | Testamentary trust of filer's ██████████ |
| 3. | President, director | Lewis Means, Inc. ████ owned, closely held corporation) |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 20 A 10: 59 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 | Shannon, Gracey, Ratliff & Miller--earnings as "of counsel" |
| 2. | 2007 | Lewis Means, Inc.--salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | The Fort Worth Club | Honorary membership -- (dues) | $ 1,500 |
| 2. | The City Club (Fort Worth, TX) | Honorary membership -- (dues) | $ 1,800 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Corsicana Nat'l Bank, Corsicana, Texas (accounts) | A | Interest | L | T | | | | | |
| 2. 1/2 interest in ●-unit apt. bldg. (1985)($250,000) | A | Rent | L | R | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. ---Chevron Corp. New common stock | A | Dividend | K | T | | | | | |
| 5. ---Prime Fund--Capital Res. class (money market) | A | Interest | J | T | | | | | |
| 6. ---3M Co. common stock | A | Dividend | J | T | | | | | |
| 7. ---Tyco Int'l common stock | A | Dividend | | | see Part 8 | | | | |
| 8. ---Covidien Limited common stock | A | Dividend | J | T | see Part 8 | | | | |
| 9. ---Tyco Int'l Ltd. Bermuda common stock | A | Dividend | J | T | see Part 8 | | | | |
| 10. ---Tyco Electronics Ltd. common stock | A | Dividend | J | T | see Part 8 | | | | |
| 11. ---Microsoft common stock (#8, prev. rpt.) | A | Dividend | J | T | | | | | |
| 12. ---Home Depot common stock (#9, prev. rpt.) | A | Dividend | J | T | | | | | |
| 13. ---Exxon/Mobil Corp. common stock (#10, prev. rpt.) | A | Dividend | J | T | | | | | |
| 14. --Wal-Mart common stock (#11, prev. rpt.) | A | Dividend | J | T | | | | | |
| 15. ABA Members Retirement Plan (#12, prev. rpt.) | | | | | | | | | |
| 16. ---Large Cap Growth Equity Fund (#13, prev. rpt.) | A | Dividend | | | Sold | 10-5 | J | | (Rollover to line 18) |
| 17. ---Index Equity Fund (#14, prev. rpt.) | A | Dividend | | | Sold | 10-5 | J | | (Rollover to line 18) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ING Employer's 401(k) Plan | | | | | | | | | |
| 19. ---ING Int'l SmCp Multi-Mgr-A | A | Interest | J | T | Buy | 10-5 | J | | |
| 20. Corsicana Bankshares common stock (#15, prev. rpt.) | B | Dividend | J | T | | | | | |
| 21. Testamentary trust of filer's ▮▮▮▮ (#16, prv rpt) | | | | | | | | | |
| 22. ---Lewis Means, Inc. common stock (#17, prev. rpt.) | G | Dividend | L | W | | | | | |
| 23. Testamentary trust of filer's ▮▮▮▮ (#18, prev. rpt.) | | | | | | | | | |
| 24. ---Mineral rights, parcel 1, Lea Co., NM (1992 appr.) (#19( | | | | | | | | | |
| 25. ---Mineral rights, parcel 2, Lea Co., NM (1992 appr.) (#20) | | | | | | | | | |
| 26. Royalty interest, Anderson Co., TX: Lewis Surv. ($1290) (X) | A | Royalty | J | S | | | | | |
| 27. Royalty interest, Freestone Co., TX: Lamar Surv. ($1390) (X) | A | Royalty | J | S | | | | | |
| 28. Min'l int., Freestone Co, TX : M Hunt Surv. ($42,880) (#21) | C | Royalty | K | S | | | | | |
| 29. Royalty int., Gregg Co, TX: L. Bingham, ($1680) (#22) | A | Royalty | J | S | | | | | |
| 30. Roy. int., Howard Co, TX: T&P T1N sur, ($1670) (#23) | A | Royalty | J | S | | | | | |
| 31. Real est, Navarro Co, TX: farm, 7 adj prcls ($580,000) (#51) | | None | O | S | | | | | |
| 32. Overriding royalty, Navarro Co., TX: (Y) (#26, prev. rpt.) | | | | | | | | | |
| 33. Royalty interest, Pecos Co., TX: Bailey gas unit (Y) (#24) | | | | | | | | | |
| 34. Overriding roy., Pecos Co, TX: K. Moore "A" ($3890) (#25) | A | Royalty | J | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Overriding roy., Ward Co., TX: BH Grube (Y) (#27) | | | | | | | | | |
| 36. Overriding roy., Ward Co, TX: Howe gas u. 4 ($18770) (#28) | C | Royalty | K | S | | | | | |
| 37. Royalty int., Wood Co., TX: Hawkins ($3150) (#29) | A | Royalty | J | S | | | | | |
| 38. Royalty int., Wood Co., TX: Hawkins ($5180) #30) | A | Royalty | J | S | | | | | |
| 39. Royalty int., Wood Co., TX: Hawkins ($2080) (#31) | A | Royalty | J | S | | | | | |
| 40. Royalty int., Wood Co., TX: Hawkins ($6220) (#32) | A | Royalty | J | S | | | | | |
| 41. Royalty int., Zapata Co., TX: MV Herbst ($12300) (#33) | C | Royalty | J | S | | | | | |
| 42. Roy. int., Zapata Co, TX: Vidaurri (T9550) ($65990) (#34) | E | Royalty | L | S | | | | | |
| 43. Roy. int., Zapata Co, TX: St. gas u. (T9563) ($14160) (#35) | D | Royalty | J | S | | | | | |
| 44. Lewis Means Inc. (#36, prev. rpt.) | | | | | | | | | |
| 45. ---Baron Small Cap Mutual Fund (#37, prev. rpt.) | A | Dividend | | | Sold | 8-13 | J | B | |
| 46. ---First Eagle Global mutual fund (#39, prev. rpt) | A | Dividend | | | Sold | 8-15 | J | C | |
| 47. ---Julius Baer Int'l Equity mutual fund (#41, prev. rpt.) | A | Dividend | | | Sold | 8-13 | K | C | |
| 48. ---Muhlenkamp Fund mutual fund (#43, prev. rpt.) | A | Dividend | | | Sold | 8-13 | J | A | |
| 49. ---Selected American Shares mut. fund (#45, prev. rpt.) | A | Dividend | | | Sold | 8-13 | K | D | |
| 50. ---The Growth Fund of Am. mut. fnd. (#46, prev. rpt.) | A | Dividend | | | Sold | 8-15 | K | D | |
| 51. ---West Gate Bank Neb. Cert. Dep. (#48, prev. rpt.) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Heritage Bank Ill. Trivoli CD. (mat.: 3-30) (#49) | C | Interest | | | Redeemed | 3-30 | M | C | |
| 53. ---Countrywide Bank, N.A. (#50, prev. rpt.) | C | Interest | L | T | | | | | |
| 54. ---Western Bank, Artesia, NM (X) | | None | J | T | | | | | |
| 55. ---Weatherford NB, Weatherford, TX (X) | | None | K | T | | | | | |
| 56. Northwestern Mutual "Whole Life" (#52, prev. rpt.) | B | Dividend | J | T | | | | | |
| 57. Northwestern Mutual "65 Life" (#53, prev. rpt.) | B | Dividend | J | T | | | | | |
| 58. Penn Mutual "Whole Life" (#54, prev. rpt.) | A | Dividend | J | T | | | | | |
| 59. Rental property, Parker Co., TX (2006) (#55, prev. rpt.) | E | Rent | | | Sold | 5-15 | M | A | Stanley & Tammy Mitchell |
| 60. Countrywide Bank, N.A. (X) | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MEANS, TERRY R | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line 2 of Part VII:  This property is located in Corsicana, Texas.

Lines 7 - 10 of Part VII:  Tyco International Limited New ISIN, through a reverse split, caused the surrender of ██████████ in exchange for ██████ Covidien Limited, █████████ Tyco Electronics Limited, and ████████ Tyco International Limited Bermuda.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544